Michele Ballard Miller (SBN 104198)
 mbm@millerlawgroup.com
Jocelyn M. Chan (SBN 267937)
 JChan@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP, INC.
(incorrectly named as NORTHERN CALIFORNIA
PERMANENTE MEDICAL GROUP, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SCOTT TANNER, JD, PHARM.D, BSPHARM., an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation; KAISER FOUNDATION HOSPITALS, a California corporation; NORTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC, a California corporation; and DOES 1 through 50 inclusive,<br><br>　　　　Defendants. | Case No.: 15-cv-02763-SBA<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>**[Civil L.R. 6-2 and 16-2(e)]**<br><br>Complaint filed: April 21, 2015 |

Plaintiff Dr. Scott Tanner, JD, Pharm.D., B.S. Pharm., Plaintiff, acting *pro se*, and Defendants KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC. (incorrectly named as NORTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC.) (collectively, "Defendants") filed a stipulation and request for a ninety (90) day continuance of the Initial Case Management Conference, currently set for January 21, 2016, on December 21, 2015.

After full consideration of the stipulation and request submitted by the parties the supporting declaration, and all other matters presented to this Court, and good cause appearing therefore, pursuant to Civil Local Rules 6-2 and 16-2(e), the parties' stipulation and request is hereby GRANTED to allow time for resolution of Defendants' potentially dispositive Motion to Dismiss Plaintiff's Amended Complaint. The Court HEREBY ORDERS THAT:

- The Initial Case Management Conference is continued for ninety (90) days, and will occur telephonically at 3:00 p.m. on April 21, 2016.

- The parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan as required by Federal Rule of Civil Procedure 26(f) and ADR Local Rule 3-5; file the ADR Certification signed by Parties and Counsel as required by Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b); and file either the Stipulation to ADR Process or the Notice of Need for ADR Phone Conference as required by Civil Local Rule 16-8(C) and ADR Local Rule 3-5(b) by twenty-one (21) days before the Initial Case Management Conference.

- The Parties shall file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file the Case Management Statement per Standing Order re Contents of Joint Case Management Statement as required by Federal Rule of Civil Procedure section 26(a)(1) and Civil Local Rule 16-9 by seven (7) days before the Initial Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/22/2015

*Saundra B. Armstrong*
Honorable Saundra Brown Armstrong
United States District Judge

4835-6650-6028, v. 1